AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-06814 PA (AGRx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Fox Broadcasting Company, a Delaware corporation** was received by me on *(date)* **9/29/2022**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **CT Corporation System, by serving authorized agent, Diana Ruiz**, who is designated by law to accept service of process on behalf of *(name of organization)* **Fox Broadcasting Company, a Delaware corporation at 330 N Brand Bl Suite 700 Glendale CA 91203** on *(date)* **9/30/2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ **85.00** for services, for a total of $ **85.00** ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: **11/10/2022**

/s/ Kimanh Tran
*Server's signature*

Kimanh Tran (Registered process server #: 2020183440)
*Printed name and title*

3634 W 144th St Hawthorne CA 90250
*Server's address*

Additional information regarding attempted service, etc:
Additional documents served along with Summons: Order to reassign case due to self-recusal pursuant to general order 21-01, Complaint, Initial Standing Order