Gi Nam Lee (SBN 204561), Of Counsel
VOX TRIAL ATTORNEYS
611 S. Euclid Street
Fullerton, CA. 91356
Tel. (213) 382-3600
Fax. (866) 203-0408
E-mail: gLee@VoxTrial.com

Attorneys for Plaintiff BARRY LYGA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LYGA, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>WARNER BROS. TELEVISION., a Delaware corporation; FOX BROADCASTING COMPANY; a Delaware corporation; MAKENNNA PRODUCTIONS, INC. formerly known as BERLANTI TELEVISION, INC., a California corporation; CHRIS FEDAK, an Individual; SAM SKLAVER, an Individual; SARAH SCHECTER, an Individual; and<br><br>DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-06814 FLA(AGRx)<br><br>**REQUEST TO ENTER DEFAULT AS TO DEFENDANTS WARNER BROS. TELEVSION and MAKENNA PRODUCTIONS, INC formerly known as BERLANTI TELEVISION, INC.; DECLARATION OF GI NAM LEE IN SUPPORT OF REQUEST TO ENTER DEFAULT** |

1

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff BARRY LYGA hereby requests that the Clerk of the above-entitled Court enter defaults in this matter against defendants WARNER BROS. TELEVISION ("WB"), FOX BROADCASTING COMPANY ("Fox"), and MAKENNNA PRODUCTIONS, INC. formerly known as BERLANTI TELEVISION, INC. ("Makenna") on the ground that said defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff served the Summons and Complaint on WB, Fox, and Makenna on 09/30/2022, as evidenced by the proofs of service of summons and complaint on file with this Court. **[Dkts. 25 (Fox), 26 (WB), and 27 (Makenna)]**.

The above stated facts are set forth in the accompanying declaration of Gi Nam Lee , filed herewith.

**DATED**: December 20, 2022

          BY: _/s/ Gi Nam Lee
          Gi Nam Lee
          Attorneys for Plaintiff

# DECLARATION OF GI NAM LEE
## Case No.: 2:22-cv-06814 FLA(AGRx)

I, Gi Nam Lee, declare as follows:

1. I am Of Counsel to Vox Trial Attorneys, PC, the attorney of record for Plaintiff BARRY LYGA in the above-captioned action. This declaration is made in support of Plaintiff's Request for Entry of Default.

2. The following facts are of my own personal knowledge unless otherwise indicated and if called to testify, I would and could competently testify thereto.

3. Defendants Warner Bros. Television ("WB"), Fox Broadcasting Company ("Fox") and Makennna Productions, Inc. formerly known as Berlanti Television, Inc. ("Makenna") have been served with the summons and complaint, as evidenced by the proofs of service of summons and complaint. **[Dkts. 25 (Fox), 26 (WB), and 27 (Makenna)]**.

4. The time allowed by law for responding (10/21/2022) has expired.

5. WB, Fox. and Makenna have failed to file a pleading or motion permitted by law.

6. WB, Fox, and Makenna are neither minors nor incompetent persons.

I declared under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 12/20/2022                    By:  /s/ Gi Nam Lee
                                              Gi Nam Lee

1

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3600 Wilshire Blvd., Suite 1510 Los Angeles, CA 90010. On 12/08/2022, I served the foregoing documents described as:

**REQUEST TO ENTER DEFAULT AS TO DEFENDANTS WARNER BROS. TELEVISION, FOX BROADCASTING COMPANY, AND MAKENNNA PRODUCTIONS, INC. formerly known as BERLANTI TELEVISION, INC; DECLARATION OF GI NAM LEE IN SUPPORT OF REQUEST TO ENTER DEFAULT**

on the interested parties in this action by the below marked methods and addressed as follows:

| Warner Bros Television c/o CT Corporation System 330 N. Brand Street Suite 700 Glendale, CA. 91203 | Fox Broadcasting Company c/o CT Corporation System 330 N. Brand Street Suite 700 Glendale, CA. 91203 | Makenna Productions, Inc. formerly known as Berlanti Television, Inc. c/o CT Corporation System 330 N. Brand Street Suite 700 Glendale, CA. 91203 |
|---|---|---|

[ X ] By US Mail: I enclosed the documents in a sealed envelope or package addressed to the person at the addresses above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 12/20/2022

/S/ GI NAM LEE