AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-06814 FLA(AGRx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Chris Fedak__
was received by me on *(date)* __12/22/2022__ .

☒ I personally served the summons on the individual at *(place)* __2369 Kenilworth Ave Beverly Hills CA 90039__ on *(date)* __12/22/2022 @ 7:37 p.m__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ __15.00__ for travel and $ __85.00__ for services, for a total of $ __100.00__ ~~x0.00~~.

I declare under penalty of perjury that this information is true.

Date: __12/22/2022__

/s/ Kimanh Tran
*Server's signature*

Kimanh Tran / (Registered process server #: 2020183440)
*Printed name and title*

3634 W 144th St Hawthorne CA 90250
*Server's address*

Additional information regarding attempted service, etc:

Additional documents served along with Summons:

Order to reassign case due to self-recusal pursuant to general order 21-01, Complaint, Initial Standing Order