NICOLAS A. JAMPOL (State Bar No. 244867)
  NicolasJampol@dwt.com
ADRIAN F. VALLENS (State Bar No. 332013)
  AdrianVallens@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
WARNER BROS. TELEVISION, a division of
WB STUDIO ENTERPRISES INC., FOX
BROADCASTING COMPANY, GREG
BERLANTI, BCR & CO. dba BERLANTI
PRODUCTIONS, CHRIS FEDAK, VHPT! CO.,
SAM SKLAVER, SKLAVERWORTH INC., and
SARAH SCHECTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LYGA, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>WARNER BROS. TELEVISION, a division of WB STUDIO ENTERPRISES INC., a Delaware corporation; FOX BROADCASTING COMPANY, a Delaware corporation; GREG BERLANTI, an individual; BCR & CO. dba BERLANTI PRODUCTIONS, a California corporation; CHRIS FEDAK, an individual; VHPT! CO., a California corporation; SAM SKLAVER, an individual; SKLAVERWORTH INC., a California corporation; SARAH SCHECTER, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-06814-FLA-AGR<br><br>**STIPULATION REGARDING SECOND AMENDED COMPLAINT AND RESPONSE TO SAME** |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

This stipulation is entered by and between plaintiff Barry Lyga ("Plaintiff") and defendants Warner Bros. Television, a division of WB Studio Enterprises Inc., Fox Broadcasting Company, Greg Berlanti, BCR & Co., Chris Fedak, VHPT! Co., Sam Sklaver, Sklaverworth Inc., and Sarah Schecter ("Defendants") (collectively with Plaintiff, the "Parties"), with reference to the following facts:

1. Plaintiff filed his First Amended Complaint on March 23, 2023 (Dkt. 35), with Defendants' response currently due by May 22, 2023 (Dkt. 34).

2. On May 12, 2023, counsel for Plaintiff met and conferred with counsel for Defendants pursuant to Local Rule 7-3 regarding Defendants' anticipated motion to dismiss the First Amended Complaint.

3. The Parties agreed that Plaintiff will prepare a proposed Second Amended Complaint by June 21, 2023 in an attempt to address the concerns identified by Defendants' counsel at their meet and confer.

4. Plaintiff intends to provide Defendants with a copy of this proposed Second Amended Complaint so that Defendants may determine whether they will (1) move forward with a motion to dismiss the First Amended Complaint, or (2) consent to Plaintiff's filing of the proposed Second Amended Complaint.

NOW THEREFORE, and subject to the Court's approval, the Parties STIPULATE and AGREE that:

(a) Plaintiff shall have until June 21, 2023 to prepare and provide Defendants with a proposed Second Amended Complaint;

(b) Defendants shall review the proposed Second Amended Complaint by June 28, 2023, and inform Plaintiff's counsel whether Defendants will consent to its filing;

(c) If, upon Defendants' review of the proposed Second Amended Complaint, Defendants consent to its filing, (i) Plaintiff will file and serve his

STIPULATION RE PROPOSED SECOND AMENDED COMPLAINT       1

Second Amended Complaint by July 12, 2023, and (ii) Defendants will have until August 11, 2023 to respond to the Second Amended Complaint.

(d) If, upon review of the proposed Second Amended Complaint, Defendants do not consent to Plaintiff's filing of the proposed Second Amended Complaint, Defendants will have until July 21, 2023 to respond to the First Amended Complaint.

(e) Given Plaintiff's plans to provide Defendants with a proposed Second Amended Complaint, Defendants need not file their responses to the First Amended Complaint by May 22, 2023.

(f) This Stipulation does not waive any Defendants' right to file a motion to dismiss the First Amended Complaint or any subsequently amended complaints.

DATED: May 18, 2023

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
ADRIAN F. VALLENS

By: /s/ Nicolas A. Jampol
 Nicolas A. Jampol

Attorneys for Defendants
WARNER BROS. TELEVISION, a division of WB STUDIO ENTERPRISES INC., FOX BROADCASTING COMPANY, GREG BERLANTI, BCR & CO. dba BERLANTI PRODUCTIONS, CHRIS FEDAK, VHPT! CO., SAM SKLAVER, SKLAVERWORTH INC., and SARAH SCHECTER

DATED: May 18, 2023

LPL LAWYERS
GI NAM LEE

By: /s/ Gi Nam Lee
 Gi Nam Lee

Attorney for Plaintiff
BARRY LYGA

2
STIPULATION RE PROPOSED SECOND AMENDED COMPLAINT

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## SIGNATAURE ATTESTATION

Pursuant to L.R.5-4.3.4, I attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 18, 2023

  /s/ Nicolas A. Jampol
Nicolas A. Jampol, Esq.

3
STIPULATION RE PROPOSED SECOND AMENDED COMPLAINT

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899