1  NICOLAS A. JAMPOL (State Bar No. 244867)
     nicolasjampol@dwt.com
2  CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
     cydneyfreeman@dwt.com
3  ADRIAN F. VALLENS (State Bar No. 332013)
     adrianvallens@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
5  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
6  Fax:  (213) 633-6899

7  Attorneys for Defendants
   WARNER BROS. TELEVISION, a division of
8  WB STUDIO ENTERPRISES INC.;
   WARNERMEDIA DIRECT, LLC; FOX
9  BROADCASTING COMPANY, LLC; GREG
   BERLANTI; BCR & CO.; CHRIS FEDAK;
10 VHPT! CO.; SAM SKLAVER;
   SKLAVERWORTH INC.; and SARAH
11 SCHECHTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LYGA, an individual, | Case No. 2:22-cv-06814-FLA-AGR |
| Plaintiff, | **DEFENDANTS' NOTICE OF INTERESTED PARTIES** |
| vs. | |
| WARNER BROS. TELEVISION, a division of WB STUDIO ENTERPRISES INC., a Delaware corporation; WARNER MEDIA DIRECT LLC, a Delaware limited liability company; FOX BROADCASTING COMPANY, a Delaware corporation; GREG BERLANTI, an individual; BCR & CO. dba BERLANTI PRODUCTIONS, a California corporation; CHRIS FEDAK, an individual; VHPT! CO., a California corporation; SAM SKLAVER, an individual; SKLAVERWORTH INC., a California corporation; SARAH SCHECTER, an individual; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1, defendants Warner Bros. Television, a division of WB Studio Enterprises Inc., WarnerMedia Direct LLC, Fox Broadcasting Company, LLC, Greg Berlanti, BCR & Co., Chris Fedak, VHPT! Co., Sam Sklaver, Sklaverworth Inc., and Sarah Schechter (collectively "Defendants") disclose the following:

1. Warner Bros. Television is a division of WB Studio Enterprises Inc., which is ultimately a wholly-owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation. Warner Bros. Discovery, Inc. has no parent company and, to the best of Warner Bros. Television's knowledge, no publicly held corporation owns 10% or more of Warner Bros. Discovery, Inc.'s stock.

2. WarnerMedia Direct, LLC is ultimately a wholly-owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation. Warner Bros. Discovery, Inc. has no parent company and, to the best of WarnerMedia Direct, LLC's knowledge, no publicly held corporation owns 10% or more of Warner Bros. Discovery, Inc.'s stock.

3. Fox Broadcasting Company, LLC is a subsidiary of Fox Corporation, a publicly traded company. To the best of Fox Broadcasting Company, LLC's knowledge, no publicly held corporation owns 10% or more of Fox Corporation's stock.

4. BCR & Co., VHPT! Co., and Sklaverworth Inc. are privately held companies with no parent corporation. No publicly held corporation owns 10% or more of their stock.

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel for Defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Barry Lyga – Plaintiff;

1
DEFENDANTS' NOTICE OF INTERESTED PARTIES

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

2. Warner Bros. Television, a division of WB Studios Enterprises Inc. – Defendant;

3. WarnerMedia Direct, LLC – Defendant;

4. Warner Bros. Discovery, Inc. – Owner of WarnerMedia Direct, LLC and WB Studio Enterprises Inc.;

5. Fox Broadcasting Company, LLC – Defendant;

6. Fox Corporation – Owner of Fox Broadcasting Company;

7. Greg Berlanti – Defendant;

8. BCR & Co. – Defendant;

9. Chris Fedak – Defendant;

10. VHPT! Co. – Defendant;

11. Sam Sklaver – Defendant;

12. Sklaverworth Inc. – Defendant;

13. Sarah Schechter – Defendant.

DATED: August 11, 2023

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
ADRIAN F. VALLENS

By: /s/ Nicolas A. Jampol
        Nicolas A. Jampol

Attorneys for Defendants
WARNER BROS. TELEVISION, a division of WB STUDIO ENTERPRISES INC.; WARNERMEDIA DIRECT, LLC; FOX BROADCASTING COMPANY; GREG BERLANTI; BCR & CO.; CHRIS FEDAK; VHPT! CO.; SAM SKLAVER; SKLAVERWORTH INC.; and SARAH SCHECHTER

2
DEFENDANTS' NOTICE OF INTERESTED PARTIES

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899